122 A.3d 1035

**BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc. Alternative Loan Trust 2005–86CB, Mortgage Pass–Through Certificate Series 2005–86cb c/o Bank of America, N.A., Respondent**

v.

**Dorothy HARTMAN, Petitioner.**

**No. 91 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 18, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of September, 2015, the Application for Extraordinary Relief or King's Bench Jurisdiction is **DENIED.**